1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DAVID FERNANDO ORTIZ,

          Petitioner,

             v.

WILLIAM SULLIVAN, Warden,

          Respondent.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 05-6639 CJC(JC)

(PROPOSED)

ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), all of the records herein, the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a de novo determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and adopts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the

2    United States Magistrate Judge's Report and Recommendation, and the Judgment

3    herein on counsel for petitioner and respondent.

4    LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6    DATED: February 2, 2009

7

8

9    _____
     HONORABLE CORMAC J. CARNEY
10   UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2