UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FERNANDO ORTIZ, | ) Case No. CV 05-6639 CJC(JC) |
| Petitioner, | ) ~~(PROPOSED)~~ |
| v. | ) JUDGMENT |
| WILLIAM SULLIVAN, Warden, | ) |
| Respondent. | ) |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: February 2, 2009

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE